No. 02–8835. CARRANZA-MALDONADO, AKA ACUNA-MALDONADO *v.* UNITED STATES; HURTADO-BERNAL, AKA MARTINEZ-OROZCO, AKA HURTADO *v.* UNITED STATES; MARTELL-MANZANERA *v.* UNITED STATES; PEREZ-CASTILLO *v.* UNITED STATES; ROACHO-SOLIS, AKA ROACHO *v.* UNITED STATES; ROBLES-ROBLES *v.* UNITED STATES; TERAN-BARCOA, AKA TERAN-BARCO, AKA PEREZ-ORTEGA *v.* UNITED STATES; and

VALDEZ-DE LA PAZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮▮▮